UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALVADOR ZAMUDIO0 CARRILLO,

Defendant.

CASE NO. 1:26-MJ-00116; SA-18-CR-903

**UNSEALING ORDER**

Good cause due to the defendant's Arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: September 28, 2026

Erin Guy Castillo

HON. ERIN GUY CASTILLO
UNITED STATES MAGISTRATE JUDGE